UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAS SURETY GROUP,

        Plaintiff,                                                      Hon. Richard Alan Enslen

v.                                                                            Case No. 1:06-cv-00818

COOPER INSURANCE CENTER,
INC., et al.,

        Defendants.
_____/

**REPORT AND RECOMMENDATION**

A final pretrial conference was held before the undersigned on March 25, 2008, at the request

of the Honorable Richard Alan Enslen.  At the conference, Plaintiff agreed that it is only pursuing

Counts 3 and 4 of the Complaint at this time. Pursuant to 28 U.S.C. § 636(b)(1)(B), allowing

magistrate judges to submit proposed findings of fact and recommendations for disposition, I hereby

recommend that Counts 1 and 2 of Plaintiff's Complaint be dismissed without prejudice.


        Respectfully submitted,


Date:  March 25, 2008                                        /s/ Ellen S. Carmody
        ELLEN S. CARMODY
        United States Magistrate Judge


OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).