UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAS SURETY GROUP,

       Plaintiff,                                           Case No. 1:06-CV-818

v.                                                              Hon. Richard Alan Enslen

COOPER INSURANCE CENTER,
INC., *et al.*,

       Defendants.
                                       /

## ORDER OF PARTIAL DISMISSAL
## APPROVING REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed on March 25, 2008 by United States Magistrate Judge Ellen S. Carmody.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 25, 2008 (Dkt. No. 58), is **APPROVED** and **ADOPTED**.

      **IT IS FURTHER ORDERED** that Counts One and Two of Plaintiff's Complaint (Dkt. No. 1) are **DISMISSED WITHOUT PREJUDICE**.

Dated in Kalamazoo, MI:                                  /s/Richard Alan Enslen
April 9, 2008                                                Richard Alan Enslen
                                                               Senior United States District Judge